FILED
2017 Sep-05 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANA LEIGH BAILEY, as Personal Representative of the estate of ALYSSA VICTORIA CARROLL**<br>　　Plaintiff,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,**<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No.: 2:17-CV-00888-KOB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Dana Leigh Bailey, as Personal Representative of the estate of Alyssa Victoria Carroll and Defendant State Farm Mutual Automobile Insurance Company, by and through counsel of record, and stipulate that this matter be dismissed with prejudice, each party to bear his, her, or its own costs.

ALL COUNSEL SO NOTED BELOW HAVE REVIEWED THIS DOCUMENT AND HAVE CONSENTED TO ITS ELECTRONIC FILING.

　　　　　　　　　　　　　　　　/s/ A. David Fawal
　　　　　　　　　　　　　　　　A. David Fawal [ASB-4593-W82A]
　　　　　　　　　　　　　　　　david.fawal@butlersnow.com
　　　　　　　　　　　　　　　　Katherine T. Powell [ASB-1047-H60T]
　　　　　　　　　　　　　　　　Katie.powell@butlersnow.com

**OF COUNSEL:**
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 297-2200
Facsimile:   (205) 297-2100

*Attorneys for State Farm Mutual Automobile Insurance Company*

**/s/ C. Todd Buchanan**
**Andrew J. Moak (MOA001)**
**amoak@asilpc.com**
**C. Todd Buchanan (BUC034)**
**tbuchanan@asilpc.com**

**OF COUNSEL**
**SHUNNARAH INJURY LAWYERS, PC**
3626 Clairmont Avenue South
Birmingham, Alabama  35222-3508
Telephone:  (205) 323-1000
Facsimile:   (205) 323-1877

*Attorneys for Plaintiff.*

38071798v1