FILED
2017 Sep-07  PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANA LEIGH BAILEY , as Personal Representative of the Estate of ALYSSA VICTORIA CARROLL,** | ] ] ] ] |
| **Plaintiff,** | ]   2:17-cv-888-KOB |
| **v.** | ] ] ] |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | ] ] |
| **Defendant.** | |

## **ORDER**

The court, having received the Joint Stipulation of Dismissal (doc. 12), DISMISSES this action WITH PREJUDICE, with each party to bear her or its own costs.

DONE and ORDERED this 7th day of September, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE